UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                              CHAPTER 13 CASE

Willie Joe Rollins                                  CASE NO. 11-32051

              Debtor.                               ORDER

_____

This case came before the court on the motion of Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust 2007-2, its successor and/or assigns through its servicing agent Central Mortgage Company, seeking relief from the automatic stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

1. The movant, its assignees, and successors in interest are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the deed of trust dated October 26, 2006, executed by Willie J. Rollins, a married man, as his sole and separate property, covering real estate located in Maricopa County, Arizona, legally described as:

> Lot 951, of Sun Groves Parcels 13, 14, 15, & 16, according to the Plat of Record in the Office of the County Recorder of Maricopa County, Arizona, Recorded in Book 624 of Maps, Page 23.

and may pursue its remedies under state law in connection with the deed of trust.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: June 7, 2011.

*/e/ Gregory F. Kishel*
_____
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/07/2011*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk